## PEOPLES BANK AND TRUST COMPANY, ADMINISTRATOR OF HUGH R. MAY, DECEASED, v. JOHNNIE ORR AND JAMES HINTON.

(Filed 20 March, 1957.)

APPEAL by defendants from *Moore (Clifton L.), J.,* September Term 1956 of NASH.

This action was instituted 14 April 1954 by Hugh R. May to recover for personal injuries and property damage sustained in a collision on 7 October 1953 between his Buick automobile, driven by his son, Hugh R. May, Jr., on State Highway No. 95, near Rocky Mount, and a jeep, owned by the defendant Johnnie Orr and operated by his co-defendant James 'Hinton. On 20 March· 1956, the court was informed of the death of Hugh R. May, and the Peoples Bank and Trust Company, administrator of the estate of Hugh R. May, was duly substituted as party-plaintiff.

The case was submitted to the jury on appropriate issues which were answered in favor of plaintiff.

Judgment was entered on the verdict, and the defendants appeal, assigning error.

*Thorp & Thorp for plaintiff appellee.*
*O. B. Moss for defendant appellants.*

PER CURIAM. The only exceptions entered by the appellants in the trial below were to the failure of the court to sustain their motion for judgment as of nonsuit at the close of plaintiff's evidence and at the close of all the evidence. A careful review of the evidence leads us to the conclusion that it was sufficient to justify its submission to the jury.

The ruling of the court below will be upheld.

Affirmed.